**Fed. R. Civ. P. 7.1 Schedule**

| Plaintiff | Parent Corporation or any publicly held corporation owning 10% or more of its stock |
|---|---|
| Broadcast Music, Inc. ("BMI") | BMI certifies that Gannett Co., Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary more than 10% of BMI's stock. BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock. |
| EMI Blackwood Music, Inc. | EMI Group Global Ltd. |
| Screen Gems-EMI Music Inc. | EMI Group Global Ltd. |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |